**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EASTMAN KODAK COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 10-1079-SLR/MPT |
| | : | |
| SHUTTERFLY, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| | : | |
| SHUTTERFLY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 11-99-SLR/MPT |
| | : | |
| EASTMAN KODAK COMPANY, and | : | |
| KODAK IMAGING NETWORK, INC., | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

At Wilmington this **5th** day of **May, 2011**.

IT IS ORDERED that the teleconference scheduled for Tuesday, May 10, 2011 at 9:00 a.m. with Magistrate Judge Thynge to discuss ADR shall now be at **11:00 a.m. Eastern Time.   Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE